### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CV-22940-RAR
### (20-CR-20155-RAR-5)

**JONNATHAN JESUS GONZALEZ**,

    Movant,

v.

**UNITED STATES OF AMERICA**,

    Respondent.

_____/

### ORDER GRANTING MOVANT'S MOTION TO DISMISS WITH PREJUDICE

**THIS CAUSE** comes before the Court on Movant Jonnathan Jesus Gonzalez's Motion to Dismiss with Prejudice. *See* Motion to Dismiss ("Mot.") [ECF No. 28]. The Court had previously denied most of Movant's Motion to Vacate under 28 U.S.C. § 2255, but granted an evidentiary hearing limited to "the ineffective assistance of counsel claim raised in Ground Two of the Motion." Order Denying in Part Motion to Vacate [ECF No. 12] at 19. Movant now indicates, through counsel, that "he wishes to dismiss his § 2255 motion with prejudice." Mot. at 1 (emphasis added).

Having reviewed the motion, the record, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Movant's Motion to Dismiss with Prejudice [ECF No. 28] is **GRANTED**.

2. Pursuant to FED. R. CIV. P. 41(a)(2), Ground Two of Movant's Motion to Vacate [ECF No. 1] is **DISMISSED with prejudice**.

3. Since Movant failed to make "a substantial showing of the denial of a constitutional right" a certificate of appealability related to any claim raised in the Motion to Vacate

will **NOT ISSUE**.  28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484

(2000).

4.  All hearings and deadlines are **TERMINATED** and all pending motions are **DENIED**

    **as moot**.

5.  The Clerk is instructed to **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, on this 4th day of April, 2023.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:     Counsel of record

        Jonnathan Jesus Gonzalez
        28548-509
        Allenwood Low Federal Correctional Institution
        Inmate Mail/Parcels
        P.O. Box 1000
        White Deer, PA 17887
        PRO SE